**Order entered December 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01599-CV

### IN RE MICHAEL RAMBERANSINGH, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-54515-2010**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.


/s/    LANA MYERS
       JUSTICE